**320**

## BLUE RIDGE NATURAL GAS & OIL CORPORATION

v.

### D. E. DUNNE, Jr., et al.

No. 5667.

United States Court of Appeals
Tenth Circuit.

Oct. 8, 1957.

Hershenstein & Edwards, New York City, for appellant.

McKay & McKay, El Dorado, Kan., for appellees.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Dismissed on application of appellant.

## PAN AMERICAN FIRE AND CASUALTY COMPANY

v.

### ANAMO COMPANY, Inc., et al.

No. 5738.

United States Court of Appeals
Tenth Circuit.

Oct. 16, 1957.

McDonald, Tinker, Skaer, Quinn & Porter, Wichita, Kan., for appellant.

Jochems, Sargent & Blaes, Wichita, Kan., and Calihan, Green, Hopkins & Calihan, Garden City, Kan., for appellees.

BRATTON, Chief Judge.

Dismissed on motion of appellant.

## Wane William COON

v.

### UNITED STATES of America.

No. 5750.

United States Court of Appeals
Tenth Circuit.

Oct. 8, 1957.

A. Pratt Kesler, U. S. Atty., and C. Nelson Day, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before BRATTON, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure of appellant diligently to prosecute the same. D.C., 153 F. Supp. 96.